UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TODD C. BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-cv-04082 |
| | § | |
| SPARK ENERGY HOLDINGS, LLC, | § | |
| SPARK ENERGY, L.P., and SPARK | § | |
| ENERGY GAS, LP, | § | |
| | § | |
| Defendants. | § | |

**AGREED STIPULATION ACCEPTING SERVICE AND
SETTING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT**

COME NOW Plaintiff Todd C. Bank ("Plaintiff") and Defendants Spark Energy Holdings, LLC, Spark Energy, L.P., and Spark Energy Gas, LP (collectively, "Defendants"), by and through the undersigned, and stipulate to the following:

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendants that the undersigned counsel for Defendants agrees to accept service of the Complaint and Summons, on behalf of Defendants Spark Energy Holdings, LLC, Spark Energy, L.P., and Spark Energy Gas, LP, effective December 20, 2011.

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendants that the time for Defendants to answer, move, or otherwise respond to the Complaint in the above-captioned action is extended through and including January 30, 2012.

Dated: December 20, 2011

AGREED:

| | |
|---|---|
| By:___/s/ Todd C. Bank_____ | By: ____/s/ Joshua C. Thomas_____ |
| Todd C. Bank | Michelle Pector |
| (*Pro Hac Vice* Application Pending) | State Bar No. 24027726 |
| 119-40 Union Turnpike | Joshua C. Thomas |
| Fourth Floor | State Bar No. 24066185 |
| Kew Gardens, New York 11415 | 1000 Louisiana, Suite 2000 |
| Telephone:  (718) 520-7125 | Houston, Texas 77002 |
| Facsimile: (856) 997-9193 | Telephone: (713) 751-1600 |
| | Facsimile:  (713) 276-1626 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system on this the 20th day of December, 2011.

                        ____/s/ Joshua C. Thomas_____