UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TODD C. BANK, §<br>    Plaintiff, §<br>  §<br>v. §<br>  § CIVIL ACTION NO. 4:11-cv-04082<br>SPARK ENERGY HOLDINGS, LLC, §<br>SPARK ENERGY, L.P., and SPARK §<br>ENERGY GAS, LP, §<br>    Defendants. § | |

## FINAL JUDGMENT

On October 18, 2013, the Court signed its Opinion and Order of Dismissal (#50), in the action between Plaintiff Todd C. Bank ("Plaintiff") and Defendants Spark Energy Holdings, LLC, Spark Energy, L.P., and Spark Energy Gas, LP. ("Defendants"), granting in full Defendants' Motion to Dismiss (#36) Plaintiff's claims for lack of subject matter jurisdiction. Accordingly, the Court

ORDERS that Plaintiff's claims are hereby DISMISSED WITH PREJUDICE in their entirety, and Plaintiff shall take nothing based on the claims asserted in this matter. The Court further,

ORDERS that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants are awarded and shall recover from Plaintiff all costs incurred by Defendants after May 10, 2013, including through all appeals.

This Order shall constitute a FINAL JUDGMENT in this matter.

SIGNED at Houston, Texas, this 25th day of October, 2013.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE